# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ASHLEY CATHERINE OSBORNE,**
Appellant,

v.

**MARZIO BONANNI,**
Appellee.

Nos. 4D2025-0629 and 4D2025-2939

[March 5, 2026]

Appeal of nonfinal orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. FMCE23001554.

Susan R. Brown of Susan R. Brown, P.A., Plantation, for appellant.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Jonny Kousa of Law Offices Jonny Kousa, P.L., Coconut Creek, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***